No. 73–362. Morton, Secretary of the Interior, et al. v. Mancari et al.; and

No. 73–364. Amerind v. Mancari et al. Appeals from D. C. N. M. [Probable jurisdiction noted, 414 U. S.

1142, and *ante,* p. 946.] Motion of Montana Inter-Tribal Policy Board et al. for leave to file a brief as *amici curiae* granted.